# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
(Convicted Montana Prisoners Only)

## In the United States District Court for the District of Montana

__Butte__ Division
(Please see Instruction 6.)

| Name of Petitioner: Duane Angelo Burchill | vs. | Name of Respondent (Warden or Supervising Officer): DJ Godfrey<br><br>and the Attorney General of the State of Montana | |
|---|---|---|---|
| Prisoner No.: 27751 | Place of Confinement: Cross Roads Correction Center 50 Crossroads Dr. Shelby, MT. 59474 | | (Clerk Use Only): |

*Instructions – Read Carefully*

1. Use this form if you challenge the fact or duration of your custody under the authority of the State of Montana. Even if you believe 28 U.S.C. § 2254 does not apply, please use this form and answer its questions.

2. Your petition must be legibly handwritten or typed. You must tell the truth and sign the form. You may be prosecuted for perjury and/or one or more claims may be dismissed if you falsely state a material fact. *Answer all the questions.* You are not necessarily required to answer "yes" to all questions in order to proceed.

3. Use additional pages if necessary to state grounds for relief and/or facts you rely on to support relief. No brief or authorities need be furnished. If you choose to file a brief, please file it with your petition, but make it a separate document.

4. The filing fee is $5.00. If you cannot afford it, you may move to proceed in forma pauperis. Even if the motion is granted, you must pre-pay for copies of documents you request from the Clerk.

5. You must set forth all grounds for relief you want the Judge to review and facts supporting your grounds for relief. You will likely be barred from presenting different grounds at a later date. Generally, you must exhaust available state court remedies as to each ground before you request action by the federal court. The one-year federal statute of limitations is tolled while you are challenging the judgment underlying this petition in *state* court, provided you comply with state procedural law and rules. *See* 28 U.S.C. § 2244(b), (d).

6. You are **not** required to serve this petition on the State. Mail the *original* petition to the Court with either the $5.00 filing fee or a motion to proceed in forma pauperis. Keep a copy for your files. If you challenge a decision of the Parole Board, file in the Helena Division. Otherwise, file where you were convicted:

Billings Division: *Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux, and Yellowstone Counties*
U.S. District Court Clerk, 2601 2nd Ave. North, Suite 1200, Billings, MT 59101

Butte Division: *Beaverhead, Deer Lodge, Gallatin, Madison, and Silver Bow Counties*
U.S. District Court Clerk, Mike Mansfield Courthouse, 400 N. Main, Butte, MT 59701

Great Falls Division: *Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, Pondera, Roosevelt, Sheridan, Teton, Toole, and Valley Counties*
U.S. District Court Clerk, Missouri River Courthouse, 125 Central Ave. West, Great Falls, MT 59404

Helena Division: *Broadwater, Jefferson, Lewis & Clark, Meagher, and Powell Counties*
U.S. District Court Clerk, Paul G. Hatfield Courthouse, 901 Front St., Ste. 2100, Helena, MT 59626

Missoula Division: *Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, Sanders*
U.S. District Court Clerk, Russell Smith Courthouse, P.O. Box 8537, Missoula, MT 59807

## PETITION

1. Name of the state district court that entered the judgment you challenge:
   Gallatin County of Montana, DC 16-0368A

2. Date written judgment was entered or, if unknown, sentencing date:
   2-13-2018

Petitioner's Last Name __Duane Angelo Burchill__

*Petition for Writ of Habeas Corpus*
*Page 2 of 8*

3. What were you convicted of, or on what grounds was your probation revoked? Two Counts of Robbery, One Count of Conspiracy to Commit Deceptive Practices, One Count of Criminal Possession of Dangerous Drugs

4. What sentence was imposed? (50) Fifty Years to State Prison in Montana

5. What was your plea?

   (a) Not guilty        ☒
   (b) Guilty            ☐
   (c) Nolo contendere or *Alford*  ☐

   If you pleaded guilty or entered a nolo contendere or *Alford* plea on all counts, or if you entered such a plea on one or more counts and all other counts were dismissed, please go to Question Number 6. If you entered a guilty plea to one or more counts, and maintained a not guilty plea on another count, please state your plea on each count:

6. Did you appeal your conviction or sentence to the Montana Supreme Court?

   Yes ☒   → Case Number and Date of Result: DA 18-0193
   No  ☐   December 10th, 2019
   (State V. Burchill, 2019 MT, 285)

7. Did you apply for relief to the Sentence Review Division?

   Yes ☒   → Case Number and Date of Result: (Affirmed)
   No  ☐   June of 2020

8. Did you file a petition for certiorari in the United States Supreme Court?

   Yes ☐   → Case Number and Date of Result:
   No  ☒

9. Did you file in state district court a petition for postconviction relief?

   Yes ☒   → Case Number and Date of Filing: DV-20-302(A)
   No  ☐   3-2020  (Dock #19S) DC 16-0368A, January 2024
   (Dock. #21) February 2025

Petitioner's Last Name  Burchill

Petition for Writ of Habeas Corpus
Page 3 of 8

10. Did you appeal the denial of any postconviction petition? Yes: DA 25-0317
 DA 24-0345 (Motion for a New Trial)

    Yes ☒  → Case Number and Date of Result: DA-22-0429
    No ☐   Burchill v. State, 2024 MT, 20
    Febuary 6th, 2024.

11. If you did not appeal the denial of any postconviction petition, explain briefly why you did not:

12. Have you filed in the Montana Supreme Court a petition for writ of habeas corpus?

    Yes ☐  → Case Number and Date of Result:
    No ☒

13. State each ground on which you claim that you are being held unlawfully (e.g., Ground One: Confrontation Clause violation). Briefly summarize the facts supporting each ground and answer the questions following:

A. Ground One: Confrontation Clause violation  [EXHIBIT B]

    (i) Supporting Facts: DA 25-0317, July 1st, 2025
    Four witnesses approved upon objection to testify via video of remote video conferencing of adverse witnesses for the Prosecution in Burchill's trial (2017) - DC16-0368A - February 2025 - (District Court of Eighteen District - Docket #211)

    (ii) Did you raise this issue in the Montana Supreme Court on direct appeal?

    Yes ☐   State v Strommen, 2024 MT 87 was not
    No ☒    available for our direct appeal and that
            is why I filed a motion for a new trial and appeal.
    If Yes, what did the Montana Supreme Court decide? Check one or both:

    Dismissed issue on procedural grounds ☒
    Denied issue for lack of merit         ☐

Petitioner's Last Name  Burchill

(iii) Did you raise this issue in a postconviction appeal or in a petition for writ of habeas corpus in the Montana Supreme Court?

Yes ☒ → *Case Number and Date of Result:* DA 25-0317
No ☐    State v. Burchill, 2025 Lexis 707

If Yes, what did the Montana Supreme Court decide? Check one or both:

Dismissed issue on procedural grounds ☒
Denied issue for lack of merit ☐

(iv) Did you ask the Montana Supreme Court to consider federal law in its decision? State v. Strommen, 2024 MT 87
Coy v. Iowa 487 U.S. 1012, Maryland v. Craig,

EXHIBIT B

Yes ☒ 497 U.S. 836, Sixth Amendment Confrontation
No ☐  Clause, Due Process Clause of the Fourteenth Amendment of the U.S. Costitution

(v) If your answer to any of (ii), (iii), or (iv) is No, explain briefly why not:


B. Ground Two: DA 18-0193 (DC 16-0368A) erred when it
(i) Supporting Facts: Whether the District Court denied Burchill's Motion to Suppress Evidence located in his truck by an auction lot employee months after the truck was searched and released from law enforcement custody and Burchill never touched the truck again because Burchill was incarcerated and the truck was cleared and released to the Public.

(ii) Did you raise this issue in the Montana Supreme Court on direct appeal?

Yes ☒   State v. Burchill, 2019 MT 285
No ☐    ISSUE THREE on Appeal

If Yes, what did the Montana Supreme Court decide? Check one or both:
Denied

Petitioner's Last Name  Burchill

*Petition for Writ of Habeas Corpus*
*Page 5 of 8*

        Dismissed issue on procedural grounds ☒
        Denied issue for lack of merit         ☒

(iii) Did you raise this issue in a postconviction appeal or in a petition for writ of habeas corpus in the Montana Supreme Court?

    Yes ☐ → *Case Number and Date of Result:*
    No ☒

If Yes, what did the Montana Supreme Court decide? Check one or both:

    Dismissed issue on procedural grounds ☐
    Denied issue for lack of merit         ☒

(iv) Did you ask the Montana Supreme Court to consider federal law in its decision?

    Yes ☐
    No ☒

(v) If your answer to any of (ii), (iii), or (iv) is No, explain briefly why not:

*If you have additional grounds for relief, please attach extra pages.*
*Set forth five subparagraphs for each additional ground for relief*
*and answer questions (i) thru (v) above for each ground.*

14. Do you have an action or appeal now pending in any court, state or federal, regarding the judgment or decision you challenge in this Petition? *No*

    Yes ☐ → *Case Number and Date of Filing:*
             *Name of Court:*
    No ☒

If Yes, what issues do you raise in that case?

15. Give the name of the attorney who represented you in the following stages:

   (a) At change of plea hearing or at trial (whichever is applicable):

   Jack E. Sands (Billings)
   (DC 16-0368A)

   (b) At sentencing:

   Jack E. Sands
   (DC 16-0368A)

   (c) On appeal:

   Jack E. Sands
   (DA 18-0193)

   (d) In any post-conviction proceeding in state district court: (DC 16-0368A 1-2024)

   Joseph P. Howard (Helena)   Self-Represented ☒
   (DV-20-302A)                (DC 16-0368A 2-2025)

   (e) On appeal from any adverse ruling in a post-conviction proceeding:

   Joseph P. Howard           Self-Represented ☒
   (DA 22-0429)               (DA 24-0345)
                              (DA 25-0317 EXHIBIT B)

   (f) In any state habeas proceeding: NO

   Self-Represented ☐

16. Petitioner asks the Court to grant the following relief:

   Reverse and Remand Burchill for a New Trial

   and/or any other relief to which Petitioner may be entitled.

   _Duanne A. Burchill_
   Signature of Petitioner's Attorney (if any)

   I have been exhausting all State Remedies Seamlessly until recent denial by The Supreme Court July 1, 2025

   **Petitioner's Declaration**
   (EXHIBIT B)   (DA 25-0317)

   A. I am the Petitioner in this case. I understand the submission of a false statement or false answer to any question may subject me to penalties for perjury. I declare under penalty of perjury that I have read this Petition, and the information I have set forth is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

   B. I will keep the Court informed of my current mailing address. I understand

that failure to do so may result in dismissal of my case without actual notice to me.

C. *Incarcerated Prisoners Only:* This Petition was deposited in the prison system for legal mail on:

the 8 day of July, 20 25.

_Duane A. Burchill_
Petitioner's Signature

7-8-25
Date Signed

Revised Aug. 2012

Petitioner's Last Name  Burchill

Petition for Writ of Habeas Corpus
Page 8 of 8